ROGER BAILEY, ESQ.
Nevada Bar No. 12552
KAYLEE HAVENS, ESQ.
Nevada Bar No. 15561
RICHARD HARRIS LAW FIRM, LLP.
801 S. 4th St.
Las Vegas, Nevada 89101
(702) 333-3333
(702) 444-4466 (Fax)
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRISTIAN AVILA-CEJA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.:   2:22-cr-194-DJA <br><br> **Stipulation Requesting Case be Closed** |

IT IS STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Roger Bailey, Esq., and Kaylee Havens, Esq., counsel for the defendant, that the status hearing in the above-captioned matter, be closed.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. The Defendant completed the DUI school, the Victim Impact Panel, and the Eight-hour Alcohol Awareness class as required.
2. Defendant paid the $500.00 fine as well as the $10.00 assessment fee.
3. Defendant has completed all required conditions imposed by the Court. The parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1 – Operating a Motor Vehicle while Under the Influence of Alcohol.
4. The Government hereby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

5. The Defendant hereby pleads guilty to the Amended Count 1 of the Complaint.
6. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

DATED this 16th day of MAY.

RESPECTFULLY SUBMITTED BY:

 /s/ Mina Chang                              /s/ Roger C. Bailey            
MINA CHANG, ESQ.                    ROGER C. BAILEY, ESQ.
Assistant United States Attorney     Attorney for Cristian Avila-Ceja

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>CRISTIAN AVILA-CEJA, )<br>)<br>  Defendant. )<br>_____ ) | Case No.:   2:22-cr-194-DJA<br><br>**Order to Close the Case** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Cristian Avila-Ceja has successfully completed the conditions of his sentencing.

## **ORDER**

IT IS HEREBY ORDERED that Count One is amended to Reckless Driving in violation of 36 C.F.R § 4.2 and N.R.S. 484B.653;

IT IS FURTHER ORDERED that the Status Conference set for May 19th, 2023, at 11:30 am is vacated;

IT IS FURTHER ORDERED that the parties' first stipulation requesting case be closed (ECF No. 16) is DENIED as moot; and

IT IS FURTHER ORDERED that this case is closed.

DATED: May 18, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3